UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 26-10923-DMG (PVCx)** | Date | November 9, 2026 |
| Title | ***Xizhe Wang v. Jinping Xi*** | Page | 1 of 2 |

Present: The Honorable DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| DEREK DAVIS | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

On October 27, 2026, *pro se* Plaintiffs Xizhe Wang, Jie Li, Yueming Hu, Hailong Yu, Fuqing Wang, Chaoqun Fu, Zailin Yue, Lanying Zhou, Ye Sun, and Zunfu Wang filed their First Amended Complaint alleging assault and battery, intentional infliction of emotional distress, negligence, violation of the Bane Civil Rights Act, and violation of the Ralph Civil Rights Act, against Defendant Jinping Xi. [Doc. # 11 ("FAC").] Plaintiffs assert subject matter jurisdiction based on diversity of citizenship. *Id.* at ¶ 1.

Under 28 U.S.C. section 1332(a)(1), the Court has original jurisdiction over a civil action where "the matter in controversy exceeds the sum or value of $75,000" and there is complete diversity of citizenship between the parties. 28 U.S.C. § 1332(a)(1). "The party seeking to invoke the district court's diversity jurisdiction always bears the burden of both pleading and proving diversity jurisdiction." *NewGen, LLC v. Safe Cig, LLC*, 840 F.3d 606, 613–14 (9th Cir. 2016).

It appears that complete diversity does not exist in this action. Section 1332 does not "confer diversity jurisdiction over a lawsuit between an alien on one side, and an alien and a citizen on the other side, regardless of the residence status of the aliens." *Matsuda v. Wada*, 128 F. Supp. 2d 659, 667 (D. Haw. 2000) (quoting *Saadeh v. Farouki*, 107 F.3d 52, 61 (D.C. Cir. 1997)).

Here, Plaintiffs, other than Xizhe Wang, are not citizens of the United States. Thus, for the purposes of section 1332, they are considered aliens. FAC ¶¶ 4-12. Xizhe Wang is a citizen of the United States. FAC ¶ 3. Defendant is President of the People's Republic of China and, for the purposes of section 1332, is considered an alien. FAC ¶ 14. Therefore, complete diversity does not exist.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 26-10923-DMG (PVCx)** | Date | November 9, 2026 |
| --- | --- | --- | --- |
| Title | ***Xizhe Wang v. Jinping Xi*** | Page | 2 of 2 |

Plaintiffs are hereby **ORDERED TO SHOW CAUSE** in writing, by no later than **November 24, 2026**, why this action should not be dismissed without prejudice for lack of subject matter jurisdiction. Failure to timely file a satisfactory response will result in the dismissal of this action.

**IT IS SO ORDERED.**